BBK Tobacco & Foods, LLP v. Bluum Lab LLC; Juucy LLC; and Juucy Holdings, L.L.C.
Case No.:

# EXHIBIT A

(True and correct copies corporate filings for BluumLab, Juucy LLC, and Juucy Holdings with the Florida Secretary of State)

BBK Tobacco & Foods, LLP v. Bluum Lab LLC; Juucy LLC; and Juucy Holdings, L.L.C.
Case No.:



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
BLUUM LAB LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L18000236266 |
| **FEI/EIN Number** | 83-2212683 |
| **Date Filed** | 10/05/2018 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

470 Ansin Blvd
Hallandale, FL 33009

Changed: 04/29/2019

**Mailing Address**

470 Ansin Blvd
Hallandale, FL 33009

Changed: 04/29/2019

**Registered Agent Name & Address**

GABAY, YEHUDA
470 Ansin Blvd
Hallandale, FL 33009

Address Changed: 04/29/2019

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

GABAY, YEHUDA
470 Ansin Blvd
Hallandale, FL 33009

Title AMBR

BARDA, ELAD

470 Ansin Blvd
Hallandale, FL 33009

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2019 | 04/29/2019 |
| 2020 | 01/28/2020 |
| 2021 | 01/10/2021 |

**Document Images**

| | |
|---|---|
| 01/10/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/28/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2019 -- ANNUAL REPORT | View image in PDF format |
| 10/05/2018 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
JUUCY LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L20000216967 |
| **FEI/EIN Number** | 85-2505535 |
| **Date Filed** | 07/23/2020 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

470 ANSIN BLVD, SUITE AA
HALLANDALE BEACH, FL 33009

**Mailing Address**

470 ANSIN BLVD, SUITE AA
HALLANDALE BEACH, FL 33009

**Registered Agent Name & Address**

GABAY, YEHUDA
470 ANSIN BLVD, SUITE AA
HALLANDALE BEACH, FL 33009

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

GABAY, YEHUDA
470 ANSIN BLVD, SUITE AA
HALLANDALE BEACH, FL 33009

Title AMBR

BARDA, ELAD
470 ANSIN BLVD, SUITE AA
HALLANDALE BEACH, FL 33009

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2021 | 08/09/2021 |

**Document Images**

| | |
|---|---|
| 08/09/2021 -- ANNUAL REPORT | View image in PDF format |
| 07/23/2020 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

Florida Department of State

DIVISION OF CORPORATIONS



Department of State   /   Division of Corporations   /   Search Records   /   Search by Entity Name   /

## Detail by Entity Name

Florida Limited Liability Company
JUUCY HOLDINGS L.L.C.

**Filing Information**

| | |
|---|---|
| **Document Number** | L21000406857 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 09/14/2021 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

470 ANSIN BLVD, SUITE AA
HALLANDALE BEACH, FL 33009

**Mailing Address**

470 ANSIN BLVD, SUITE AA
HALLANDALE BEACH, FL 33009

**Registered Agent Name & Address**

GABAY, YEHUDA
470 ANSIN BLVD, SUITE AA
HALLANDALE BEACH, FL 33009

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

GABAY, YEHUDA
470 ANSIN BLVD, SUITE AA
HALLANDALE BEACH, FL 33009

Title AMBR

WARDAK, MASOUD
470 ANSIN BLVD, SUITE AA
HALLANDALE BEACH, FL 33009

**Annual Reports**

No Annual Reports Filed

**Document Images**

| | |
|---|---|
| 09/14/2021 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations