BBK Tobacco & Foods, LLP v. Bluum Lab LLC; Juucy
LLC; and Juucy Holdings, L.L.C.
Case No.:

# EXHIBIT B

(True and correct copy of <juucy.com> home page)

BBK Tobacco & Foods, LLP v. Bluum Lab LLC; Juucy
LLC; and Juucy Holdings, L.L.C.
Case No.:

**PageVault**

| | |
|---|---|
| Document title: | Juucy |
| Capture URL: | https://juucy.com/password |
| Page loaded at (UTC): | Thu, 03 Feb 2022 21:06:52 GMT |
| Capture timestamp (UTC): | Thu, 03 Feb 2022 21:07:18 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 1349b5e2-4eb6-4fa8-908e-f7de8a24eaa5 |
| User: | dw-team |

PDF REFERENCE #:     s6t2VJg8kDh8ut2WQ9jHWJ



## Opening Soon

Under Construction

## Be the first to know when we launch

Promotions, new products and sales. Directly to your inbox.



## Spread the word

Share   Tweet   Pin it

🔒 Enter using password

This shop will be powered by shopify



Document title: Juucy
Capture URL: https://juucy.com/password
Capture timestamp (UTC): Thu, 03 Feb 2022 21:07:18 GMT
Page 1 of 1