BBK Tobacco & Foods, LLP v. Bluum Lab LLC; Juucy
LLC; and Juucy Holdings, L.L.C.
Case No.:

# EXHIBIT C

(True and correct copy of the whois for
\<juucy.com\>)

**Page Vault**

| | |
|---|---|
| Document title: | BetterWhois.com: Results for juucy.com |
| Capture URL: | http://www.betterwhois.com/bwhois.cgi?domain=juucy.com&g-recaptcha-response=0 3AGdBq25eade81BnyU0YNlm2wvXiHIucUa26IHu4ZOpUrC9jZWLbF3qmTaev2tVl3f Y5uoNiN-7yFSSSu4Y9YXrC1JZk5ZNM6s6z428wWvzbSy2XfG4DBVqgFcncupFTs-l0 Fqv9FAEiwMlrokYCXrxB4p2yVC_Utlh4MbzRrjBzMb2Cx4EQexONlgz4r-0naPmYBlA pcM7qUv091j81a5bZ9StGrQBEVRGEZqL_yb_J5RV-hVCIKT6onxeyo5- UfUD6J3kOqTg7n4yOzKRVbHaaszc7u3u04hOGkMaH5VhomffZVcfR- zqbpmVEcDSZcoNsA8_hQMm-BzbEThDTTdnrICpGzaeMiwExSOEa7wOlLs1ZtjQB2 akuYAstr7F1oN16oIl8oWr89dMK4x_WNttAEVXetnaQeuebu2Sii_zA7U_Cl4SRoO_uT IjBFbUMx2L7PyL7bhGcRl0xadGILoWu681uik18H_g&x=69&y=20 |
| Page loaded at (UTC): | Fri, 04 Feb 2022 14:59:02 GMT |
| Capture timestamp (UTC): | Fri, 04 Feb 2022 14:59:33 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 31e63e2b-cde5-44b3-ade1-83ffb3ffafd3 |
| User: | dw-team |

**BetterWhois**
*Search ALL Domain Registrars*

**juucy.com**

**Reserved**

**Contact Us**

BetterWhois Deals

Discount Domain
Registration ($8/yr+)

Web Hosting ($3/month)

VPS Hosting ($8/month)

Web Site Builder
($6/month)

Search Engine
Optimization ($7/month)

Domain Name: juucy.com
Registry Domain ID: 776367029_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2022-01-27T07:25:10Z
Creation Date: 2007-01-26T02:47:53Z
Registrar Registration Expiration Date: 2023-01-26T02:47:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registrant Organization:
Registrant State/Province: FL
Registrant Country: US
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=juucy.com
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=juucy.com
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=juucy.com
Name Server: NS77.DOMAINCONTROL.COM
Name Server: NS78.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2022-02-04T14:59:02Z <<<
For more information on Whois status codes, please visit https://icann.org/epp

TERMS OF USE: The data contained in this registrar's Whois database, while believed by the
registrar to be reliable, is provided "as is" with no guarantee or warranties regarding its
accuracy. This information is provided for the sole purpose of assisting you in obtaining
information about domain name registration records. Any use of this data for any other purpose
is expressly forbidden without the prior written permission of this registrar. By submitting
an inquiry, you agree to these terms and limitations of warranty. In particular, you agree not
to use this data to allow, enable, or otherwise support the dissemination or collection of this
data, in part or in its entirety, for any purpose, such as transmission by e-mail, telephone,
postal mail, facsimile or other means of mass unsolicited, commercial advertising or solicitations
of any kind, including spam. You further agree not to use this data to enable high volume, automated
or robotic electronic processes designed to collect or compile this data for any purpose, including
mining this data for your own personal or commercial purposes. Failure to comply with these terms
may result in termination of access to the Whois database. These terms may be subject to modification
at any time without notice.



Searches shared database registry and queries appropriate registrar