BBK Tobacco & Foods, LLP v. Bluum Lab LLC; Juucy
LLC; and Juucy Holdings, L.L.C.
Case No.:

# EXHIBIT F

(True and correct copy of the trademark registration certificate for JUICY JAY'S (Reg. No. 3,876,971))

BBK Tobacco & Foods, LLP v. Bluum Lab LLC; Juucy
LLC; and Juucy Holdings, L.L.C.
Case No.:



# JUICY JAY'S

| | |
|---|---|
| **Reg. No. 3,876,971** | BBK TOBACCO & FOODS LLP (ARIZONA LIMITED LIABILITY PARTNERSHIP), DBA HBI |
| **Registered Nov. 16, 2010** | 3315 W BUCKEYE RD #4 PHOENIX, AZ 85009 |
| **Int. Cl.: 3** | |
| | FOR: TOBACCO AND HERBAL SMOKE MASKING INCENSE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 6-29-2000; IN COMMERCE 6-29-2000. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 2,678,289, 2,992,489, AND 3,053,223. |
| | SER. NO. 85-009,891, FILED 4-8-2010. |
| | DOMINIC FATHY, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office