BBK Tobacco & Foods, LLP v. Bluum Lab LLC; Juucy
LLC; and Juucy Holdings, L.L.C.
Case No.:

# EXHIBIT K

(True and correct copies of materials provided at CHAMPS Show exhibit booth)

BBK Tobacco & Foods, LLP v. Bluum Lab LLC; Juucy
LLC; and Juucy Holdings, L.L.C.
Case No.:













