1 John L. Krieger, Esq.
Nevada Bar No. 6023
2 DICKINSON WRIGHT PLLC
jkrieger@dickinsonwright.com
3 3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
4 Phone: (702) 550-4400
Fax: 844-670-6009
5

6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9 BBK Tobacco & Foods, LLP, an Arizona limited         Case No. 2:22-CV-00215-GMN-DJA
liability partnership, d/b/a HBI International,
10

11      Plaintiff,

12      v.                                             **JOINT STIPULATION TO EXTEND
                                                        TIME TO RESPOND TO THE
13 BLUUM LAB LLC, a Florida limited liability           COMPLAINT**
company; JUUCY LLC, a Florida limited liability
14 company; and JUUCY HOLDINGS, L.L.C., a               (SECOND REQUEST)
Florida limited liability company,
15

16      Defendants.

17

18       Plaintiff BBK Tobacco & Foods, LLP, d/b/a HBI International ("BBK") and Defendants

19 Bluum Lab LLC, Juucy LLC, and Juucy Holdings L.L.C., by and through their respective counsel,

20 seek an additional thirty (30) days in which Defendants may file their Responses to the Complaint

21 in this case. Based upon the parties' prior stipulation, which was approved by the Court on

22 February 23, 2022 (ECF No. 10), Defendants' current deadline to file Responses to the Complaint

23 runs on Friday, March 25, 2022. The Parties continue to engage in discussions regarding possible

24 resolution and settlement of this matter. In order to continue those discussions, the Parties have

25 agreed to allow Defendants up to and including **Monday, April 25, 2022**, in which to file their

26 Responses.

27 / / /

28 / / /




1

1    This request is brought for good cause to enable the Parties sufficient time to explore a

2  resolution of the case, and not for the purpose of delay.

3    **IT IS SO AGREED AND STIPULATED:**

4    DATED this 18th day of March, 2022.          DATED this 18th day of March, 2022.

5  **DICKINSON WRIGHT PLLC**                    **MALLOY & MALLOY, P.L.**

6  /s/ John L. Krieger                           /s/ Meredith Frank Mendez

7  John L. Krieger, Esq.                         Meredith Frank Mendez
   Nevada Bar No. 6023                           Email: mmendez@malloylaw.com
8  Email: jkrieger@dickinsonwright.com           2800 S.W. 3rd Avenue
   3883 Howard Hughes Parkway, Suite 800         Miami, Florida 33129
9  Las Vegas, Nevada 89169-0965                  Tel:     3056-858-8000
10 Tel:     702-550-4400                         Fax:     305-858-0008
   Fax:     844-670-6009

11   *Attorneys for Defendants*

    *Attorneys for Plaintiff*

12

13

14

15

16                                             **IT IS SO ORDERED:**

17

18                                             _____

19                                             DANIEL J. ALBREGTS
                                               UNITED STATES MAGISTRATE JUDGE

20
                                               DATED: March 21, 2022
21

22

23

24

25

26

27

28

2

