```
1  John L. Krieger, Esq.
   Nevada Bar No. 6023
2  DICKINSON WRIGHT PLLC
   jkrieger@dickinsonwright.com
3  3883 Howard Hughes Parkway, Suite 800
4  Las Vegas, Nevada 89169-0965
   Phone: (702) 550-4400
5  Fax: 844-670-6009
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUUM LAB LLC, a Florida limited liability company; JUUCY LLC, a Florida limited liability company; and JUUCY HOLDINGS, L.L.C., a Florida limited liability company,<br><br>    Defendants. | Case No. 2:22-CV-00215-GMN-DJA<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>(THIRD REQUEST) |

Plaintiff BBK Tobacco & Foods, LLP, d/b/a HBI International ("BBK") and Defendants Bluum Lab LLC, Juucy LLC, and Juucy Holdings L.L.C., by and through their respective counsel, seek an additional thirty (30) days in which Defendants may file their Responses to the Complaint in this case. Based upon the parties' prior stipulation, which was approved by the Court on March 18, 2022 (ECF No. 12), Defendants' current deadline to file Responses to the Complaint runs on Monday, April 25, 2022. The Parties continue to engage in discussions regarding possible resolution and settlement of this matter. In order to continue those discussions, the Parties have agreed to allow Defendants up to and including **Wednesday, May 25, 2022**, in which to file their Responses.

/ / /

/ / /



1

1  This request is brought for good cause to enable the Parties sufficient time to explore a resolution of the case, and not for the purpose of delay.

**IT IS SO AGREED AND STIPULATED:**

DATED this 25th day of April, 2022.        DATED this 25th day of April, 2022.

**DICKINSON WRIGHT PLLC**                  **MALLOY & MALLOY, P.L.**

*/s/ John L. Krieger*                      */s/ Meredith Frank Mendez*
John L. Krieger, Esq.                      Meredith Frank Mendez
Nevada Bar No. 6023                        Email: mmendez@malloylaw.com
Email: jkrieger@dickinsonwright.com        2800 S.W. 3rd Avenue
3883 Howard Hughes Parkway, Suite 800      Miami, Florida 33129
Las Vegas, Nevada 89169-0965               Tel:    3056-858-8000
Tel:    702-550-4400                       Fax:    305-858-0008
Fax:    844-670-6009

*Attorneys for Plaintiff*                  *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED:  April 26, 2022

