John L. Krieger, Esq.
Nevada Bar No. 6023
DICKINSON WRIGHT PLLC
jkrieger@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Phone: (702) 550-4400
Fax: 844-670-6009

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>Plaintiff,<br><br>v.<br><br>BLUUM LAB LLC, a Florida limited liability company; JUUCY LLC, a Florida limited liability company; and JUUCY HOLDINGS, L.L.C., a Florida limited liability company,<br><br>Defendants. | Case No. 2:22-CV-00215-GMN-DJA<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>(FIFTH REQUEST) |

  Plaintiff BBK Tobacco & Foods, LLP, d/b/a HBI International ("BBK") and Defendants Bluum Lab LLC, Juucy LLC, and Juucy Holdings L.L.C., by and through their respective counsel, seek an additional fourteen (14) days in which Defendants may file their Responses to the Complaint in this case. Based upon the parties' prior stipulation, which was approved by the Court on May 23, 2022 (ECF No. 17), Defendants' current deadline to file Responses to the Complaint runs on Wednesday, June 8, 2022. The Parties are in the process of finalizing a written agreement to resolve this matter. In order to finalize the agreement, the Parties have agreed to allow Defendants up to and including **Wednesday, June 22, 2022**, in which to file their Responses.

/ / /

/ / /

/ / /



1

This request is brought for good cause to enable the Parties sufficient time to explore a resolution of the case, and not for the purpose of delay.

**IT IS SO AGREED AND STIPULATED:**

DATED this 8th day of June, 2022.                    DATED this 8th day of June, 2022.

**DICKINSON WRIGHT PLLC**                              **MALLOY & MALLOY, P.L.**

*/s/ John L. Krieger*                                 */s/ Meredith Frank Mendez*
John L. Krieger, Esq.                                 Meredith Frank Mendez
Nevada Bar No. 6023                                   Email: mmendez@malloylaw.com
Email: jkrieger@dickinsonwright.com                   2800 S.W. 3rd Avenue
3883 Howard Hughes Parkway, Suite 800                 Miami, Florida 33129
Las Vegas, Nevada 89169-0965                          Tel:      3056-858-8000
Tel:      702-550-4400                                Fax:      305-858-0008
Fax:      844-670-6009

*Attorneys for Plaintiff*                             *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: June 9, 2022



2